## U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: |
|---|---|
| DIANNE CHISENALL | FILED: AUGUST 27, 2008 |
| v. | 08CV4911 |
| JP MORGAN CHASE & CO. and CHASE BANK | JUDGE MANNING |
| | MAGISTRATE JUDGE COLE |
| | AO |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Plaintiff

| | | |
|---|---|---|
| NAME (Type or print)<br>Kimberly A. Carr | | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Kimberly A. Carr | | |
| FIRM<br>Best, Vanderlaan & Harrington | | |
| STREET ADDRESS<br>12 West Cass Street, Suite 12 | | |
| CITY/STATE/ZIP<br>Joliet, Illinois 60432 | | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>62772033 | TELEPHONE NUMBER<br>815-740-1500 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐ | | |